## Frank H. Grove, Appellant, v. W. W. Grant, Deceased (Sarah B. Grant, Executrix), et al., Appellees.

Gen. No. 9,411.

opinion filed October 11, 1939. John M. Stager, for appellant; Jacob Cantlin and Samuel Rubin, for appellee Sarah B. Grant. Opinion by Presiding Justice Dove. ''Not to be published in full.''